JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTEO DELGADO,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, WARDEN, *et al.*,<br><br>    Respondents. | No. SACV 09-863 CJC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 4, 2010

_____
CORMAC J. CARNEY
United States District Judge